■ In the Matter of FAY COLEMAN, Appellant, v THOMAS ROCHE et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 10, 1980, unanimously affirmed for the reasons stated by Blangiardo,

J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Fein, Sullivan, Lupiano and Lynch, JJ.